IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00693-ZLW

SCOTT SHAWN KOSTEROW,

        Petitioner,

v.

THE UNITED STATES MARSHALS SERVICE,
DOUGLAS COUNTY SHERIFF, Dave Weaver,
DOUGLAS COUNTY SHERIFF'S OFFICE,
DOUGLAS COUNTY JAIL, and
DOUGLAS COUNTY JAIL KITCHEN STAFF, et al,

        Respondents.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

        Petitioner submitted a Letter which is being treated as a Notice of Appeal on May 26, 2009

. The court has determined that the document is deficient as described in this order. Petitioner will

be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
        X    is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
        X    is not submitted
        ___  is missing affidavit
        ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
        ___  is missing required financial information
        ___  is missing an original signature by the prisoner
        ___  is not on proper form (must use the court's current form)
        ___  other_____

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above within 30 days from the date of this order. Any papers that Petitioner filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Petitioner, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 28th day of May, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court